UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEPHEN P. KELLY,

    Plaintiff,

v.          Case No. 3:14cv358/RV/CJK

MICK NOVOTA, et al.,

    Defendants.
_____/

## ORDER and
## REPORT AND RECOMMENDATION

This matter is before the court on plaintiff's motion for voluntary dismissal (doc. 12). Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i), this action should be dismissed. Additionally, plaintiff has indicated he wishes to file a new complaint. If plaintiff files a new complaint, he is required to submit a new motion to proceed *in forma pauperis* along with the accompanying financial affidavit.

Accordingly, it is ORDERED:

1. The clerk is directed to send plaintiff the forms necessary for a non-prisoner to file a motion to proceed *in forma pauperis*.

And it is respectfully RECOMMENDED:

1. That this action be DISMISSED WITHOUT PREJUDICE.
2. That the clerk be directed to close the file.

At Pensacola, Florida, this 31st day of October, 2014.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).